# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MICHAEL ORTIZ,<br><br>        Petitioner,<br><br>      v.<br><br>DERRICK OLLISON, Warden,<br><br>        Respondent. | Case No. CV 07-4454-JVS (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: December 4, 2009

                                                                   JAMES V. SELNA<br>
                                          UNITED STATES DISTRICT JUDGE